Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 556, Misc. JONES *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 557, Misc. VOLKMAN *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 558, Misc. MURPHY *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 559, Misc. SHOTKIN ET AL. *v.* THOMAS A. EDISON, INC. C. C. A. 10th. Certiorari denied.

No. 560, Misc. WEHR *v.* RAGEN, WARDEN. Circuit Court of Bureau County, Illinois. Certiorari denied.

No. 563, Misc. DENNIS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 564, Misc. JOHNSON *v.* HIATT, WARDEN. C. C. A. 5th. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman* for respondent.

No. 565, Misc. HAYES *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 568, Misc. KILGALLEN *v.* NEW YORK. County Court of Queens County, New York. Certiorari denied.

No. 569, Misc. GRANT *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.